Case No. 25-5357

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

MIRANDA STOVALL

    Plaintiff - Appellant

v.

JEFFERSON COUNTY, KY BOARD OF EDUCATION, doing business as Jefferson County Public Schools; MARTY POLLIO, in his official capacity as Superintendent of Jefferson County Public Schools; AMANDA HERZOG, in her official capacity as Assistant General Counsel to Jefferson County Public Schools; NCS PEARSON, INC, a Minnesota corporation doing business as Pearson VUE

    Defendants - Appellees

  Upon consideration of the motion for leave to file an amicus brief filed by Ryan Mulvey, it is

**ORDERED** that the motion is hereby **GRANTED**.

                                          **ENTERED BY ORDER OF THE COURT**
                                          Kelly L. Stephens, Clerk

Issued: October 03, 2025