**403 - 4th Floor Courtroom, 9:00 A.M.**                                    **Thursday, December 11, 2025**

## Sutton, Boggs, Bloomekatz

**25-5357     Miranda Stovall v. Jefferson Co, KY Bd of Ed, et al.**

Miranda Stovall                                                                                ret   Benjamin Isgur
                                                                                                              *3 Minutes Rebuttal*
   **Plaintiff - Appellant**

                                         **V.**

NCS Pearson, Inc., et al.                                                                ret   Jason Patrick Renzelmann

   **Defendants - Appellees**

*Michelle Lambert, Courtroom Deputy*

Plaintiff appeals the dismissal of her declaratory-judgment action for lack of subject-matter jurisdiction. (15 Minutes Per Side)