Case No. 25-5357

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

MIRANDA STOVALL

      Plaintiff - Appellant

v.

JEFFERSON COUNTY, KY BOARD OF EDUCATION, doing business as Jefferson County Public Schools; MARTY POLLIO, in his official capacity as Superintendent of Jefferson County Public Schools; AMANDA HERZOG, in her official capacity as Assistant General Counsel to Jefferson County Public Schools; NCS PEARSON, INC, a Minnesota corporation doing business as Pearson VUE

      Defendants - Appellees

BEFORE: SUTTON, Chief Circuit Judge; BOGGS, Circuit Judge; BLOOMEKATZ, Circuit Judge;

   Upon consideration of the motion of Braden H. Boucek to withdraw as counsel for the appellant/petitioner,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                  **ENTERED BY ORDER OF THE COURT**
                                  Kelly L. Stephens, Clerk

Issued: December 26, 2025